**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6113

MICHAEL DUCHELLE GREEN,

Petitioner - Appellant,

versus

LES OSBORNE, Judge; DANNY FOX, Sheriff,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-04-735-3)

Submitted: July 27, 2005          Decided: August 2, 2005

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Duchelle Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Duchelle Green appeals the district court's order dismissing his civil action without prejudice for failure to comply with a court order under Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Green v. Osborne, No. CA-04-735-3 (E.D. Va. Jan. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED